AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Black Hills Trenching & Boring LLC<br><br>*Plaintiff(s)*<br>v.<br>Tilson Technology Management, Inc.<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 25-cv-2202 CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tilson Technology Management, Inc.
16 Middle Street, 4th Floor
Portland, Main 04101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Meltzer, Lippe, Goldstein & Breitstone, LLP
   190 Willis Ave.
   Mineola, NY 11501
   Attn: Max Rayetsky, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/21/2025

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*